No. 78–1933. MONTGOMERY, DBA LAMINATING COMPANY OF COLORADO ET AL. *v.* CENTURY LAMINATING, LTD. C. A. 10th Cir. Certiorari granted.

No. 79–192. NEW YORK GASLIGHT CLUB, INC., ET AL. *v.* CAREY. C. A. 2d Cir. Certiorari granted.

No. 78–6621. BECK *v.* ALABAMA. Sup. Ct. Ala. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the question presented by the Court: May a sentence of death constitutionally be imposed after a jury verdict of guilt of a capital offense, when the jury was not permitted to consider a verdict of guilt of a lesser included non-capital offense, and when the evidence would have supported such a verdict?

No. 78–6899. GODFREY *v.* GEORGIA. Sup. Ct. Ga. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the question presented by the Court: In affirming the imposition of the death sentence in this case, has the Georgia Supreme Court adopted such a broad and vague construction of Georgia Code Ann. § 27–2534.1 (b)(7) (specifying certain aggravating circumstances) as to violate the Eighth and Fourteenth Amendments to the United States Constitution?

No. 79–5010. BIFULCO *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.